## Commonwealth *v.* Petty, Appellant.

Submitted March 20, 1972. *John F. Sullivan* and *Neil B. Murchison,* for appellant; *Clyde O. Black, II,* Assistant District Attorney, and *Amos Davis,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Pressley, Appellant.

Submitted March 13, 1972. *Frederick W. Andrews,* Assistant Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.